UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, §
INC., et al, §
§
§
           Plaintiff, §
§
      v. §                          CASE NO. 07-CV-11493
§
§
§
MERCATUS & PARTNERS, LTD., et al, §
§
           Defendant. §

---

## STIPULATION EXTENDING ANSWER DATE FOR DWIGHT PARSCALE

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their

undersigned attorneys, that pursuant to Fed. R. Civ. P. That the answer date for Defendant, Dwight

Parscale is extended to February 15, 2008

DATED:  January 24, 2008

Respectfully submitted,

FELLHEIMER & EICHEN, LLP
44 Wall Street, 12th Floor
New York, NY 10005
(212) 461-7142 [telephone]
(215) 461-2223 [facsimile]

By:_____
      Alan S. Fellheimer

ATTORNEY FOR PLAINTIFFS

By: _____

R. Glen Ayers, Jr.
(Not Admitted)
(Appearing only for purpose of executing
Stipulation and not as counsel of Record)
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
(210) 736-6600 [telephone]
(210) 735-6889 [telecopy]

TEXAS COUNSEL FOR DEFENDANT,
DWIGHT PARSCALE