Sweet, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
AXION POWER INTERNATIONAL, INC., :
WILLIAM AND TRACY AHEARN, H/W, :
SALLY FONNER AND JAMES SMITH, M.D., :
                                              :
                      Plaintiffs,             :
                                              :  07 CV 11493 (RWS)
       -against-                              :
                                              :  **STIPULATION**
MERCATUS & PARTNERS, LTD., MF                 :
GLOBAL, INC., MF GLOBAL, UK, Ltd., CARI       :
MASI a/k/a/ CARI MASI, BNP PARIBAS            :
SECURITIES SERVICES, BANCA MB S.P.A.,         :
DWIGHT PARSCALE, STEPHANO CEVOLO,             :
CONTINENTAL STOCK TRANSFER                    :
ACCOUNT AND TRUST COMPANY, PENSON :
FINANCIAL SERVICES, INC., AND BROWN           :
BROTHERS HARRIMAN & CO.,                      :
                                              :
                      Defendants.             :
---------------------------------------------- x


RECEIVED JAN 2 3 2008 JUDGE SWEET CHAMBERS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date by which defendant MF Global, Inc. must answer, move or otherwise respond to the Complaint dated December 20, 2007, is extended to and including February 18, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be deemed a waiver of any rights, arguments or defenses available to the parties or in any way impair such rights, arguments or defenses.

Dated: January 18, 2008

_____
Alan Fellheimer
FELLHEIMER AND EICHEN LLP
1800 John F. Kennedy Blvd. Suite 1400
Philadelphia, PA 19103
(215) 253-6631

*Counsel for Plaintiff*
*Axion Power International, Inc.*

_____
Matthew D. Parrott (MP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Ave.
New York, NY 10022
(212) 940-8842

*Counsel for Defendant*
*MF Global, Inc.*

SO ORDERED:

_____
U.S.D.J.
1-23-08