AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIS, EXHIBITS |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK |
| TITLE: | PROCESS SERVER        DATE: 01/11/2008  12:50PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

BNP PARIBAS SECURITIES SERVICES

Place where served:

787 SEVENTH AVENUE   NEW YORK NY 10019

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

TERESA DELACE

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__  AGE: 36-50__  HEIGHT: 5'9"-6'0"___  WEIGHT: 131-160 LBS._____  SKIN: WHITE____  HAIR: BLONDE__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 11 / 20 08    _____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

01-11-08

| | |
|---|---|
| ATTORNEY: | ALAN S. FELLHEIMER |
| PLAINTIFF: | AXION POWER INTERNATIONAL, INC. |
| DEFENDANT: | MERCATUS & PARTNERS, LTD. |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 11493 |

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC NEW JERSEY
My Commission Expires 24, 2012
JANIRA SANTIAGO VELEZ
NOTARY PUBLIC NEW JERSEY
My Commission Expires 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

S R

AO 440 (Rev. 10/93) Summons in a Civil Action — **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIS, EXHIBITS |
| EFFECTED (1) BY ME: | OUT OF STATE PROCESS SERVER ROBERT C. HILL |
| TITLE: | |
| DATE: | 01-08-08  6:55 p.m. |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:

DWIGHT PARSCALE

Place where served:

25920 STONE CANYON, SAN ANTONIO, TX 78260

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 60's   HEIGHT: 5'9"   WEIGHT: 225 lbs.   SKIN: White   HAIR: Gray   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 08 / 2008

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Non-Peace Officer Verification

Verification of return (if not served by peace officer)

sworn to this 8 day of January 20 08.

By: Robert Hill _____ Server

Shawn Wells
Notary Public, State of Texas

| | |
|---|---|
| ATTORNEY: | ALAN S. FELLHEIMER |
| PLAINTIFF: | AXION POWER INTERNATIONAL, INC. |
| DEFENDANT: | MERCATUS & PARTNERS, LTD. |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 11493 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SHAWN WELLS
MY COMMISSION EXPIRES
OCTOBER 13, 2008