2 0 0 8 0 1 0 4 1 6 3 4 5 5

AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT, CIS, EXHIBITS** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**          DATE: **01/09/2008 03:54PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

CONTINENTAL STOCK TRANSFER AND TRUST COMPANY

Place where served:

17 BATTERY PLACE  8TH FLOOR NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

STEVEN NELSON

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.      SKIN: WHITE    HAIR: GRAY    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _/_ _9_ /20_0 8_                    _____L.S.
                              SIGNATURE OF MALGORZATA SLADEK
                              GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083

Linda Grumble 1-9-8
LINDA GRUMBLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

| | |
|---|---|
| ATTORNEY: | ALAN S. FELLHEIMER |
| PLAINTIFF: | AXION POWER INTERNATIONAL, INC. |
| DEFENDANT: | MERCATUS & PARTNERS, LTD. |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 11493 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.