| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: | **SUMMONS, COMPLAINT, CIS, EXHIBITS** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**    DATE: 01/10/2008 03:23PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MF GLOBAL, INC.

Place where served:

717 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10022

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LINDA DELL'ORTO

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1 / 11 / 20 07

SIGNATURE OF MALGORZATA SLADEK L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

LINDA GRUMBLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

ATTORNEY: ALAN S. FELLHEIMER
PLAINTIFF: AXION POWER INTERNATIONAL, INC.
DEFENDANT: MERCATUS & PARTNERS, LTD.
VENUE: DISTRICT
DOCKET: 07 CV 11493

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

S R