AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: **SUMMONS, COMPLAINT, CIS, EXHIBITS**
EFFECTED (1) BY ME: **OUT OF STATE** *Robert C. Hill*
TITLE: **PROCESS SERVER**    DATE: *01-08-08  6:55pm.*

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

DWIGHT PARSCALE _____

Place where served:

*25920 Stone Canyon, San Antonio, Tx 78260* _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: *Self* _____

Description of person accepting service:

SEX: *M* AGE: *60's* HEIGHT: *5'9"* WEIGHT: *225 lbs.* SKIN: *White* HAIR: *Gray* OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: *01* / *08* / 20*08* _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Non-Peace Officer Verification

Verification of return (if not served by peace officer)

sworn to this *8* day of *January* 20 *08*.

By: *Robert Hill* Server

*Shawn Wells*
Notary Public, State of Texas

ATTORNEY: ALAN S. FELLHEIMER
PLAINTIFF: AXION POWER INTERNATIONAL, INC.
DEFENDANT: MERCATUS & PARTNERS, LTD.
VENUE: DISTRICT
DOCKET: 07 CV 11493

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SHAWN WELLS
MY COMMISSION EXPIRES
OCTOBER 13, 2008