AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | | |
|---|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIS, EXHIBITS | |
| EFFECTED (1) BY ME: | OUT OF STATE | |
| TITLE: | PROCESS SERVER | DATE: 1/9/07 10:36 A.M. |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

PENSON FINANCIAL SERVICES
_____

Place where served:

Ms. High — 1700 Pacific Ave. Dallas TX — Legal Dept.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 35  HEIGHT: 5'8"  WEIGHT: 120  SKIN: Cau.  HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/9/2008

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

SR

| | |
|---|---|
| ATTORNEY: | ALAN S. FELLHEIMER |
| PLAINTIFF: | AXION POWER INTERNATIONAL, INC. |
| DEFENDANT: | MERCATUS & PARTNERS, LTD. |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 11493 |

Witnessed this 10th day of January 2008

LINH ATKINS
Notary Public, State of Texas
My Commission Expires
April 12, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1/9/08   10:36 A.M. | |
| NAME OF SERVER (PRINT) Tom G. Davidson | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Penson Financial Services  1700 Pacific Ave Dallas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/08
_Date_        _Signature of Server_

4956 Oak Bluff - Mesquite, TX
_Address of Server_

Witnessed this 10th day of Jan., 2008

LINH ATKINS
Notary Public, State of Texas
My Commission Expires
April 12, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | SUMMONS, COMPLAINT, CIS, EXHIBITS | |
|---|---|---|
| EFFECTED (1) BY ME: | MALGORZATA SLADEK | |
| TITLE: | PROCESS SERVER | DATE: 01/11/2008 12:50PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

BNP PARIBAS SECURITIES SERVICES

Place where served:

787 SEVENTH AVENUE    NEW YORK NY 10019

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

TERESA DELACE

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F    AGE: 36-50    HEIGHT: 5'9"-6'0"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BLONDE    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 11 / 20 08

_____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

01-11-08

[signature]

| ATTORNEY: | ALAN S. FELLHEIMER |
|---|---|
| PLAINTIFF: | AXION POWER INTERNATIONAL, INC. |
| DEFENDANT: | MERCATUS & PARTNERS, LTD. |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 11493 |

JA[...] VELEZ
NOTA[...] [J]ERSEY
My C[...] [...], 2012
JANIRA SAN[TIAGO] VELEZ
NOTARY PU[BLIC ...] [J]ERSEY
My Commission E[xpires ...] 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

S R

AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIS, EXHIBITS |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER   ROBERT C. HILL   DATE: 01-08-08  6:55 p.m. |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:

DWIGHT PARSCALE

Place where served:

25920 STONE CANYON, SAN ANTONIO, TX 78260

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 60's   HEIGHT: 5'9"   WEIGHT: 225 lbs.   SKIN: White   HAIR: Gray   OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___      SERVICES $ ___.___      TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 08 / 2008      _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Non-Peace Officer Verification

Verification of return (if not served by peace officer)

sworn to this 8 day of January 20 08.
By: Robert Hill _____ Server

_Shawn Wells_
Notary Public, State of Texas

| | |
|---|---|
| ATTORNEY: | ALAN S. FELLHEIMER |
| PLAINTIFF: | AXION POWER INTERNATIONAL, INC. |
| DEFENDANT: | MERCATUS & PARTNERS, LTD. |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 11493 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SHAWN WELLS
MY COMMISSION EXPIRES
OCTOBER 13, 2008