AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT, CIS, EXHIBITS** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**    DATE: **01/09/2008  02:56PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

BROWN BROTHERS HARRIMAN & COMPANY

Place where served:

140 BROADWAY   NEW YORK NY 10005

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHNNY MEJIA

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: __/_9_/20_08_            _____ L.S.
                              SIGNATURE OF MALGORZATA SLADEK
                              GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083

Linda Grumble
LINDA GRUMBLE 1-9-8
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

| | |
|---|---|
| ATTORNEY: | ALAN S. FELLHEIMER |
| PLAINTIFF: | AXION POWER INTERNATIONAL, INC. |
| DEFENDANT: | MERCATUS & PARTNERS, LTD. |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 11493 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR