

RECEIVED JAN 3 1 2008 JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AXION POWER INTERNATIONAL, INC., )
WILLIAM AND TRACY AHEARN, H/W, )
SALLY FONNER AND JAMES SMITH, M.D., ) No.: 07 CV 11493 (RWS)
)
                Plaintiff, ) ECF Case
)
- against - )
) STIPULATION
MERCATUS & PARTNERS. LTD., MF GLOBAL, )
INC., MF GLOBAL, UK, LTD., CARI MASI a/k/a )
CARY MASI, BNP PARIBAS SECURITIES )
SERVICES, BANCA MB S.p.A., DWIGHT )
PARSCALE, STEPHANO CEVALO, CONTINENTAL )
STOCK TRANSFER AND TRUST COMPANY, )
PENSON FINANCIAL SERVICES, INC., AND )
BROWN BROTHERS HARRIMAN & CO. )
)
                Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date by which defendant Continental Stock Transfer & Trust Company, must answer, move or otherwise respond to the Complaint dated December 20, 2007, is extended to and including February 29, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be deemed a waiver of any rights, arguments or defenses available to the parties or in any way impair such rights, arguments or defenses; and

2/1/08

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and a signature transmitted by telecopier or pdf image may be filed as an original.

Dated: New York, New York
January 30, 2008

FELLHEIMER AND EICHEN LLP

By: _____
　　Alan S. Fellheimer

44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-7142

Counsel for Plaintiffs

LAW OFFICES OF MARK P. ZIMMETT

By: _____
　　Mark P. Zimmett (MZ 8735)

126 East 56th Street, 4th Floor
New York, New York 10022
(212) 755-0808

Counsel for Defendant
Continental Stock Transfer & Trust Company

So Ordered:

_____
U.S.D.J.

1-31-08