# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC., et al,

              Plaintiffs                               Case No 07-CV-11493

              -against-

                                                      **AFFIDAVIT OF SERVICE**

MERCATUS & PARTNERS, LTD, et al,

              Defendants

---

      I, DAVID LLEWELYN MORGAN, of Across The Pond Process Service, 19 Hillside Drive, Grantham, NG31 7EZ, England, Process Server, being duly sworn, depose and say as follows:

1. THAT on Wednesday the 9th day of January 2008 before 1700 hours at Sugar Quay, Lower Thames Street, London, EC3R 6DU, England, the registered office of MF Global UK, Limited, I personally served the within Summons and Complaint, CIS and Exhibits on MF Global UK, Limited, a Defendant therein named, by personally delivering a true copy of each to Sonia George, who acknowledged herself to be "Company Secretary" for the said company and as such authorised to accept service on its behalf.

2. A description of the person actually served is as follows:

SEX: F. SKIN: White. HAIR: Blond. AGE: 35-40. HEIGHT: 5' – 5'2". WEIGHT: 9-10st

3. THAT I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which service was made. Service was effected in accordance with a method prescribed by the internal law of England and Wales.

SWORN at Theale Reading Berks )
this 14 day of January 2008 )

                                                          DAVID L MORGAN

Before me:

Solicitor of the Supreme Court of England and Wales

JL BANKY
*SOLICITOR*
Banky & Burger
18a High Street
Theale Reading
Berkshire RG7 5AN

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  9 JANUARY 2008 |
| NAME OF SERVER (PRINT)  DAVID LLEWELYN MORGAN | TITLE  AXION -V- MERCATUS |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
Defendant: MF GLOBAL UK LTD
SUGAR QUAY, LOWER THAMES ST., LONDON, EC3R 6DU ENGLAND

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9 JANUARY 2008
                    Date                     Signature of Server

ACROSS THE POND PROCESS SERVER
*Address of Server*
19 HILLSIDE DR
GRANTHAM
NG31 7EZ
ENGLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF: SUMMONS, COMPLAINT, CIS, EXHIBITS
EFFECTED (1) BY ME: OUT OF STATE
TITLE: PROCESS SERVER DAVID LLEWELYN MORGAN    DATE: 9 JANUARY 2008
AXION POWER INTERNATIONAL INC    V MERCATUS + PARTNERS LTD. et al. DOCKET 07CV11493

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[✓] Served personally upon the defendant:
MF GLOBAL UK, LTD., by handing to COMPANY SECRETARY SONIA GEORGE

Place where served:
SUGAR QUAY, LOWER THAMES STREET, LONDON, EC3R 6DU, ENGLAND

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 35-40  HEIGHT: 5'-5'2"  WEIGHT: 130-140lbs  SKIN: W  HAIR: BLOND  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9 / JAN / 2008    X _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     ALAN S. FELLHEIMER
PLAINTIFF:    AXION POWER INTERNATIONAL, INC.
DEFENDANT:    MERCATUS & PARTNERS, LTD.
VENUE:        DISTRICT
DOCKET:       07 CV 11493

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.