Sweet/J

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

AXION POWER INTERNATIONAL, INC.,  :  Civil Action No. 07-CV-11493 (RWS)
WILLIAM AND TRACY AHEARN, h/w,    :
SALLY FONNER, and JAMES SMITH,    :  STIPULATION AND [PROPOSED]
M.D.,                             :  ORDER
                                  :
                     Plaintiffs,  :
                                  :
         v.                       :
                                  :
MERCATUS & PARTNERS, LTD., MF     :
GLOBAL, INC., MF GLOBAL, UK, Ltd.,:
CARI MASI a/k/a CARY MASI, BNP    :
PARIBAS SECURITIES SERVICES,      :
BANCA MB S.p.A, DWIGHT PARSCALE,  :
STEPHANO CEVALO, CONTINENTAL      :
STOCK TRANSFER AND TRUST          :
COMPANY, PENSON FINANCIAL         :
SERVICES, INC., AND BROWN         :
BROTHERS HARRIMAN & CO.,          :
                                  :
                    Defendants.   :
                                  :
---------------------------------------------------------x

RECEIVED FEB 0 4 2008 JUDGE SWEET CHAMBERS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date by which defendant Brown Brothers Harriman & Co. must answer, move or otherwise respond to the Complaint dated December 20, 2007, is extended to and including March 3, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be deemed a waiver of any rights, arguments or defenses available to the parties or in any way impair such rights, arguments or defenses, and that no previous requests for extensions of time have been made.



Dated:   New York, New York
         February 1, 2008

| FELLHEIMER & EICHEN LLP | SHEARMAN & STERLING LLP |
|---|---|
| BY: /s/ Alan Fellheimer | BY: /s/ Steven F. Molo |
| Alan Fellheimer | Steven F. Molo |
| 1800 John F. Kennedy Blvd. | Zachary H. Johnson |
| Suite 1400 | 599 Lexington Avenue |
| Philadelphia, PA 19103 | New York, NY 10022-6069 |
| Telephone: (215) 253-6631 | Telephone: (212) 848-4000 |
| | Facsimile: (212) 848-7179 |
| Attorneys for Plaintiffs | Attorneys for Defendants Brown Brothers Harriman & Co. |

SO ORDERED:

_____
U.S.D.J.   2-5-08

2