UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLY FONNER, and
JAMES SMITH, M.D.,

                Plaintiffs,

- against -

MERCATUS & PARTNERS, LTD.,
MF GLOBAL, INC., MF GLOBAL, UK, Ltd.,
CARI MASI a/k/a CARY MASI,
BNP PARIBAS SECURITIES SERVICES,
BANCA MB S.p.A.,
DWIGHT PARSCALE,
STEPHANO CEVALO,
CONTINENTAL STOCK TRANSFER AND
TRUST COMPANY,
PENSON FINANCIAL SERVICES, INC., and
BROWN BROTHERS HARRIMAN & CO.,

                Defendants.

ECF CASE

Civ. Action No. 07-CV-11493 (RWS)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Mayer Brown LLP hereby appears as counsel for Defendant Penson Financial Services, Inc. ("Penson"), and requests that a copy of all papers be served upon the undersigned at the address set forth below.

Dated: February 6, 2008
       New York, New York

                              MAYER BROWN LLP

                      By: _____
                              Mark G. Hanchet
                              Jordan Rosenfeld
                              1675 Broadway
                              New York, New York 10019
                              (212) 506-2500
                              *Attorneys for Defendant Penson*

17495035