UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
AXION POWER INTERNATIONAL, INC., : Civil Action No. 07-CV-11493 (RWS)
WILLIAM AND TRACY AHEARN, h/w, :
SALLY FONNER, and JAMES SMITH, : **NOTICE OF APPEARANCE**
M.D., :
:
                     Plaintiffs, :
:
      v. :
:
MERCATUS & PARTNERS, LTD., MF :
GLOBAL, INC., MF GLOBAL, UK, Ltd., :
CARI MASI a/k/a CARY MASI, BNP :
PARIBAS SECURITIES SERVICES, :
BANCA MB S.p.A, DWIGHT PARSCALE, :
STEPHANO CEVALO, CONTINENTAL :
STOCK TRANSFER AND TRUST :
COMPANY, PENSON FINANCIAL :
SERVICES, INC., AND BROWN :
BROTHERS HARRIMAN & CO., :
:
                     Defendants. :
:
---------------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Brown Brothers Harriman & Co.

Dated:    New York, New York
            February 7, 2008

SHEARMAN & STERLING LLP

BY: _____
Steven F. Molo
Zachary H. Johnson
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Defendants
Brown Brothers Harriman & Co.