UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
AXION POWER INTERNATIONAL, INC.,          :   Civil Action No. 07-CV-11493 (RWS)
WILLIAM AND TRACY AHEARN, h/w,            :
SALLY FONNER, and JAMES SMITH,            :   **RULE 7.1 STATEMENT**
M.D.,                                     :
:
                        Plaintiffs,       :
:
         v.                               :
:
MERCATUS & PARTNERS, LTD., MF             :
GLOBAL, INC., MF GLOBAL, UK, Ltd.,        :
CARI MASI a/k/a CARY MASI, BNP            :
PARIBAS SECURITIES SERVICES,              :
BANCA MB S.p.A, DWIGHT PARSCALE,          :
STEPHANO CEVALO, CONTINENTAL              :
STOCK TRANSFER AND TRUST                  :
COMPANY, PENSON FINANCIAL                 :
SERVICES, INC., AND BROWN                 :
BROTHERS HARRIMAN & CO.,                  :
:
                        Defendants.       :
:
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Brown Brothers Harriman & Co. certifies that Brown Brothers Harriman & Co. is a privately-owned limited partnership. Brown Brothers Harriman & Co. has no corporate parents, and there are no publicly traded corporations, affiliates or subsidiaries, that own 10% or more of the partnership.

Dated:  New York, New York
        February 7, 2008

SHEARMAN & STERLING LLP

BY: _____
Steven F. Molo
Zachary H. Johnson
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Defendants
Brown Brothers Harriman & Co.

2