UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLYONNER, and JAMES SMITH, M.D.,

                Plaintiffs,

-against-

MERCATUS & PARTNERS, LTD., MF GLOBAL,
INC., MF GLOBAL, UK, LTD., CARI MASI a/k/a
CARY MASI, BNP PARIBAS SECURITIES
SERVICES, BANCA MB, SPA, DWIGHT PARSCALE,
STEPHANO CEVALO, CONTINENTAL STOCK
TRANSFER AND TRUST COMPANY, PENSON
FINANCIAL SERVICES, INC., and BROWN
BROTHERS HARRIMAN & CO.,

                Defendants.

ECF Case

07 CV 11493
(RWS) (AJP)

NOTICE OF
APPEARANCE

---

        PLEASE TAKE NOTICE, that the Law Offices of James A. Prestiano, P.C. hereby appears as counsel for defendant Dwight Parscale, and requests that a copy of all papers be served upon the undersigned at the address set forth below.

Dated: February 15, 2008
        Commack, New York

                                          THE LAW OFFICES OF
                                          JAMES A. PRESTIANO, P.C.

                                          By:_____
                                          James A. Prestiano, Esq. (JP-6699)
                                          *Attorneys for Dwight Parscale*
                                          631 Commack Road, Suite 2A
                                          Commack, New York  11725
                                          Tel. No. (631) 499-6000
                                          Fax. No.  (631) 499-6001