UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLY FONNER, and JAMES SMITH, M.D.,

     Plaintiffs,

- against -

MERCATUS & PARTNERS, LTD.,
MF GLOBAL, INC., MF GLOBAL, UK, Ltd.,
CARI MASI a/k/a CARY MASI,
BNP PARIBAS SECURITIES SERVICES,
BANCA MB S.p.A.,DWIGHT PARSCALE,
STEPHANO CEVALO, CONTINENTAL STOCK
TRANSFER AND TRUST COMPANY,
PENSON FINANCIAL SERVICES, INC., and
BROWN BROTHERS HARRIMAN & CO.,

     Defendants.

Civ. Action No. 07-CV-11493

**DEFENDANT PENSON FINANCIAL SERVICES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Penson Financial Services, Inc. ("Penson") certifies that:

1. Penson Worldwide, Inc. is a publicly-held corporation that owns SAI Holdings, Inc.

2. SAI Holdings, Inc. owns the common stock of Penson.

3. There are no other publicly-held corporations that own 10 percent or more of Penson's stock.

Dated: New York, New York
      February 21, 2008

                    MAYER BROWN LLP

                    By: _____
                    Mark G. Hanchet
                    Jordan Rosenfeld
                    1675 Broadway
                    New York, NY 10019
                    Tel: (212) 506-2500