Sweet/0

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



RECEIVED FEB 2 0 2008 JUDGE SWEET CHAMBERS

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLYONNER, and JAMES SMITH, M.D.,

                Plaintiffs,

-against-

MERCATUS & PARTNERS, LTD., MF GLOBAL,
INC., MF GLOBAL, UK, LTD., CARI MASI a/k/a
CARY MASI, BNP PARIBAS SECURITIES
SERVICES, BANCA MB, SPA, DWIGHT PARSCALE,
STEPHANO CEVALO, CONTINENTAL STOCK
TRANSFER AND TRUST COMPANY, PENSON
FINANCIAL SERVICES, INC., and BROWN
BROTHERS HARRIMAN & CO.,

                Defendants.

07 CV 11493
(RWS) (AJP)

STIPULATION
EXTENDING TIME
TO ANSWER FOR
**DWIGHT PARSCALE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

---

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties that Dwight Parscale's time to file an answer or to otherwise respond to the Complaint is extended until March 15, 2008.

Dated: Commack, New York
         February 11, 2008

FELLHEIMER & EICHEN, LLP.

By: _____
Alan S. Fellheimer, Esq. (AF1401)
*Attorneys for Plaintiffs*
44 Wall Street, 12th Floor
New York, New York 10005
Tel. No. (212) 461-7142
Fax No. (212) 461-2223

THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.

By: _____
James A. Prestiano, Esq. (JP-6699)
*Attorneys for Dwight Parscale*
631 Commack Road, Suite 2A
Commack, New York 11725
Tel. No. (631) 499-6000
Fax. No. (631) 499-6001

SO ORDERED:

_____
[SDNY] [illegible]

James A. Prestiano, Esq. (JP-6699)
THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.
631 Commack Road, Suite 2A
Commack, New York 11725
Tel. No. (631) 499-6000
Fax. No. (631) 499-6001
*Attorneys for Dwight Parscale*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLYONNER, and JAMES SMITH, M.D.,

              Plaintiffs,

  -against-

MERCATUS & PARTNERS, LTD., MF GLOBAL,
INC., MF GLOBAL, UK, LTD., CARI MASI a/k/a
CARY MASI, BNP PARIBAS SECURITIES
SERVICES, BANCA MB, SPA, DWIGHT PARSCALE,
STEPHANO CEVALO, CONTINENTAL STOCK
TRANSFER AND TRUST COMPANY, PENSON
FINANCIAL SERVICES, INC., and BROWN
BROTHERS HARRIMAN & CO.,

              Defendants.

07 CV 11493
(RWS) (AJP)

---

**STIPULATION EXTENDING TIME TO ANSWER FOR DWIGHT PARSCALE**