Sweet/s

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

AXION POWER INTERNATIONAL, INC., WILLIAM
AND TRACY AHEARN, H/W, SALLY FONNER AND
JAMES SMITH, M.D.,

                Plaintiffs,

    -against-

MERCATUS & PARTNERS, LTD., MF GLOBAL,
INC., MF GLOBAL, UK, Ltd., CARI MASI a/k/a/ CARI
MASI, BNP PARIBAS SECURITIES SERVICES,
BANCA MB S.P.A., DWIGHT PARSCALE,
STEPHANO CEVOLO, CONTINENTAL STOCK
TRANSFER ACCOUNT AND TRUST COMPANY,
PENSON FINANCIAL SERVICES, INC., AND
BROWN BROTHERS HARRIMAN & CO.,

                Defendants.

------------------------------------------------------------- x

07 CV 11493 (RWS)

STIPULATION



RECEIVED FEB 2 0 2008 JUDGE SWEET CHAMBERS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that defendants MF Global, Inc ("MFG") and MF Global UK, Ltd. ("MFGUK") must answer, move or otherwise respond to the Complaint dated December 20, 2007, on or before March 17, 2008; and

IT IS FURTHER STIPULATED AND AGREED that service of the Complaint on the undersigned counsel for defendants MFG and MFGUK shall constitute service on MFG and MFGUK; provided, however, that MFG's and MFGUK's authorization of its counsel to accept service of the Complaint shall not be construed to waive, forfeit, or limit any other defenses or arguments that may be raised by MFG or MFGUK, or to waive, forfeit or limit MFG's or MFGUK's rights or duties under any other rule, statute or treaty that may be applicable to this litigation or to the parties; provided, however, that neither MFG nor MFGUK may raise or argue inadequacy of service as a defense.

Agreed to this 14th day of February, 2008, by:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08



_____
Alan Fellheimer
FELLHEIMER AND EICHEN LLP
1800 John F. Kennedy Blvd. Suite 1400
Philadelphia, PA 19103
(215) 253-6631

*Counsel for Plaintiff*
*Axion Power International, Inc.*

_____
Matthew D. Parrott (MP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Ave.
New York, NY 10022
(212) 940-8842

*Counsel for Defendants*
*MF Global, Inc and MF Global UK, Ltd.*

SO ORDERED:

_____
Robert W. Sweet   LAWRENCE M. MCKENNA
United States District Judge    Part I

Date: February 27, 2008