UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
AXION POWER INTERNATIONAL, INC., : Civil Action No. 07-CV-11493 (RWS)
WILLIAM AND TRACY AHEARN, h/w, :
SALLY FONNER, and JAMES SMITH, : STIPULATION AND [PROPOSED]
M.D., : ORDER
:
Plaintiffs, :
:
v. :
:
MERCATUS & PARTNERS, LTD., MF :
GLOBAL, INC., MF GLOBAL, UK, Ltd., :
CARI MASI a/k/a CARY MASI, BNP :
PARIBAS SECURITIES SERVICES, :
BANCA MB S.p.A, DWIGHT PARSCALE, :
STEPHANO CEVALO, CONTINENTAL :
STOCK TRANSFER AND TRUST :
COMPANY, PENSON FINANCIAL :
SERVICES, INC., AND BROWN :
BROTHERS HARRIMAN & CO., :
:
Defendants. :
:
-------------------------------------------------x



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date by which defendant Brown Brothers Harriman & Co. must answer, move or otherwise respond to the Complaint dated December 20, 2007, is extended to and including March 10, 2008; that the Court granted one previous request for an extension of time extending defendant's date to answer, move or otherwise respond to the Complaint to March 3, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be deemed a waiver of any rights, arguments or defenses available to the parties or in any way impair such rights, arguments or defenses.

Dated: New York, New York
February 27, 2008

FELLHEIMER & EICHEN LLP

BY: /s/ Alan Fellheimer
Alan Fellheimer
1800 John F. Kennedy Blvd.
Suite 1400
Philadelphia, PA 19103
Telephone: (215) 253-6631

Attorneys for Plaintiffs

SHEARMAN & STERLING LLP

BY: /s/
Steven F. Molo
Zachary H. Johnson
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Defendants
Brown Brothers Harriman & Co.

SO ORDERED:

/s/ Miriam Goldman Cedarbaum
U.S.D.J.

Part I March 3, 2008

2