USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

AXION POWER INTERNATIONAL, INC., WILLIAM AND TRACY AHEARN, H/W, SALLY CONNER AND JAMES SMITH, M.D.,

Plaintiff,

- against -

MERCATUS & PARTNERS. LTD., MF GLOBAL, INC., MF GLOBAL, UK, LTD., CARI MASI a/k/a CARY MASI, BNP PARIBAS SECURITIES SERVICES, BANCA MB S.p.A., DWIGHT PARSCALE, STEPHANO CEVALO, CONTINENTAL STOCK TRANSFER AND TRUST COMPANY, PENSON FINANCIAL SERVICES, INC., AND BROWN BROTHERS HARRIMAN & CO.

Defendants.

------------------------------------------------------------

No.: 07 CV 11493 (RWS)

ECF Case

STIPULATION OF DISMISSAL AS AGAINST DEFENDANT CONTINENTAL STOCK TRANSFER & TRUST COMPANY

RECEIVED FEB 2 7 2008 JUDGE SWEET CHAMBERS

Pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned hereby agree that this action is dismissed as against Defendant Continental Stock Transfer & Trust Company (named above as Continental Stock Transfer and Trust Company)

Dated: New York, New York
February 25, 2008

FELLHEIMER AND EICHEN LLP

By: _____
Alan S. Fellheimer (AF1401)

44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-7142

Counsel for Plaintiffs

LAW OFFICES OF MARK P. ZIMMETT

By: _____
Mark P. Zimmett (MZ 8635)

126 East 56th Street, 4th Floor
New York, New York 10022
(212) 755-0808

Counsel for Defendant Continental Stock Transfer & Trust Company

So Ordered:

Miriam Goldman Cedarbaum
U.S.D.J.
Part I - March 3, 2008