UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------x

AXION POWER INTERNATIONAL, INC., WILLIAM
and TRACY AHEARN, h/w, SALLY FONNER and
JAMES SMITH, M.D.,

                Plaintiffs,

    -against-

MERCATUS & PARTNERS, LTD., MF GLOBAL,
INC., MF GLOBAL, UK, LTD., CARI MASI a/k/a/ CARI
MASI, BNP PARIBAS SECURITIES SERVICES,
BANCA MB S.P.A., DWIGHT PARSCALE, STEPHANO
CEVOLO, CONTINENTAL STOCK TRANSFER
ACCOUNT AND TRUST COMPANY, PENSON
FINANCIAL SERVICES, INC., and BROWN
BROTHERS HARRIMAN & CO.,

                Defendants.

------------------------------x

07 CV 11493 (RWS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel is retained by and appears for MF Global, Inc and MF Global UK, Ltd. in the above-referenced matter, and demands that all notices and papers herein be served on us at our address given below.

Dated: New York, New York
       March 7, 2008

KATTEN MUCHIN ROSENMAN LLP

By _____
    Matthew D. Parrott

575 Madison Avenue
New York, NY 10022-2585
(212) 940-8842

*Attorneys for Defendants*
*MF Global, Inc and MF Global UK, Ltd.*