UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLY FONNER, and JAMES SMITH, M.D.,

          Plaintiffs,

- against -

MERCATUS & PARTNERS, LTD.,
MF GLOBAL, INC., MF GLOBAL, UK, Ltd.,
CARI MASI a/k/a CARY MASI,
BNP PARIBAS SECURITIES SERVICES,
BANCA MB S.p.A., DWIGHT PARSCALE,
STEPHANO CEVALO, CONTINENTAL STOCK
TRANSFER AND TRUST COMPANY,
PENSON FINANCIAL SERVICES, INC., and
BROWN BROTHERS HARRIMAN & CO.,

          Defendants.

Civ. Action No. 07-CV-11493

**ECF Case**

**NOTICE OF MOTION**

---

**TAKE NOTICE** that upon the accompanying Memorandum of Law and all prior proceedings in this case, the undersigned will move this Court, before the Honorable Robert W. Sweet, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Room 1920, New York, New York 10007, on a date designated by the Court, for an order dismissing with prejudice Plaintiffs' Complaint dated December 20, 2007 (the "Complaint") pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and pursuant to the Private Securities Litigation Reform Act of 1995, and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
March 10, 2008

By: /s/ Mark Hanchet
Mark G. Hanchet
Jordan Rosenfeld
Jennifer Naeger
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500

TO: Alan S. Fellheimer
Jolie G. Kahn
FELLHEIMER & EICHEN LLP
44 Wall Street, 12th Floor
New York, New York 10005
Tel: (212) 461-7142
*Attorneys for Plaintiffs*

Matthew Parrott
Katten Mucin Rosenman, LLP
575 Madison Avenue
New York, New York 10022
Tel: (212) 940-8842
*Attorneys for MF Global, Inc. and MF Global, UK Ltd.*

James Prestiano
The Law Offices of James A. Presitiano, P.C.
631 Commack Road, Suite 2A
Commack, New York 11725
Tel: (631) 499-6000
*Attorneys for Dwight Parscale*

Steven Molo
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
(212) 848-7486
*Attorneys for Brown Brothers Harriman & Co.*