James A. Prestiano, Esq. (JP-6699)
THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.
631 Commack Road, Suite 2A
Commack, New York 11725
Tel. No. (631) 499-6000
Fax. No. (631) 499-6001
*Attorneys for Dwight Parscale*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLY FONNER, and JAMES SMITH, M.D.,

                 **Plaintiffs,**

-against-

MERCATUS & PARTNERS, LTD., MF GLOBAL,
INC., MF GLOBAL, UK, LTD., CARI MASI a/k/a
CARY MASI, BNP PARIBAS SECURITIES
SERVICES, BANCA MB, S.p.A., DWIGHT PARSCALE,
STEPHANO CEVALO, CONTINENTAL STOCK
TRANSFER AND TRUST COMPANY, PENSON
FINANCIAL SERVICES, INC., and BROWN
BROTHERS HARRIMAN & CO.,

                 **Defendants.**

07 CV 11493
(RWS) (AJP)

**NOTICE
OF MOTION**

---

      **PLEASE TAKE NOTICE** that based upon the accompanying Memorandum of Law, all pleadings and motions filed in the case by any party, and upon any argument and evidence heard by the court, defendant Dwight Parscale will move this court, before the Honorable Robert W. Sweet at the United States Courthouse, 500 Pearl Street, Room 1920, New York, New York 10007, on a date designated by the Court, for an order dismissing the Complaint, with prejudice,

James A. Prestiano, Esq. (JP-6699)
THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.
631 Commack Road, Suite 2A
Commack, New York 11725
Tel. No. (631) 499-6000
Fax. No. (631) 499-6001
*Attorneys for Dwight Parscale*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLY FONNER, and JAMES SMITH, M.D.,

                        Plaintiffs,

    -against-

MERCATUS & PARTNERS, LTD., MF GLOBAL,
INC., MF GLOBAL, UK, LTD., CARI MASI a/k/a
CARY MASI, BNP PARIBAS SECURITIES
SERVICES, BANCA MB, S.p.A., DWIGHT PARSCALE,
STEPHANO CEVALO, CONTINENTAL STOCK
TRANSFER AND TRUST COMPANY, PENSON
FINANCIAL SERVICES, INC., and BROWN
BROTHERS HARRIMAN & CO.,

                        Defendants.

07 CV 11493
(RWS)  (AJP)

---

**NOTICE OF MOTION**

pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, and for any additional relief deemed by the Court to be just and equitable.

Dated:   March 15, 2008
         Commack, New York

                                        THE LAW OFFICES OF
                                        JAMES A. PRESTIANO, P.C.

                                        _____
                                        James A. Prestiano, Esq. (JP 6699)
                                        Attorneys for Dwight Parscale
                                        631 Commack Road, Suite 2A
                                        Commack, New York 11725
                                        Tel. No. (631) 499-6000
                                        Fax. No. (631) 499-6001

TO:

Alan S. Fellheimer, Esq.
Fellheimer & Eichen LLP
44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-7142
*Attorneys for Plaintiffs*

Mark G. Hanchet, Esq.
Mayer Brown LLP
1675 Broadway
New York, New York 10019
(212) 506-2695
*Attorneys for Penson Financial Services, Inc.*

Steven F. Molo, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, New York 10022
(212) 848-7456
*Attorneys for Brown Brothers Harriman & Co.*

Matthew D. Parrott, Esq.
Katten Muchin Roseman LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8842
*Attorneys for MF Global UK, Ltd. and MF Global, Inc.*

Carmine D. Boccuzzi, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2508
*Attorneys for BNP Paribas Securities Services*

William P. Frank, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-2400
*Attorneys for Banca MB, SPA*