UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------

AXION POWER INTERNATIONAL, INC., )
WILLIAM and TRACY AHEARN, h/w, )
SALLY FONNER, and JAMES SMITH, M.D. )
                                      )
                 Plaintiffs, )   No.: 07 CV 11493 (RWS)
                                      )
    - against -                )   ECF Case
                                      )
MERCATUS & PARTNERS, LTD., MF )   <u>STIPULATION</u>
GLOBAL, INC., MF GLOBAL, UK, Ltd., )
CARI MASI a/k/a CARY MASI, BNP )
PARIBAS SECURITIES SERVICES, BANCA )
MB S.p.A., DWIGHT PARSCALE, )
STEPHANO CEVALO, CONTINENTAL )
STOCK TRANSFER AND TRUST )
COMPANY, PENSON FINANCIAL )
SERVICES, INC., AND BROWN )
BROTHERS HARRIMAN & CO, )
                                      )
                Defendants. )

------------------------------------



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date by which defendant Banca MB S.p.A. must answer, move or otherwise respond to the Complaint dated December 20, 2007, is extended to and including April 7, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be deemed a waiver of any rights, arguments or defenses available to the parties or in any way impair such rights, arguments or defenses; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and a signature transmitted by telecopier or pdf image may be filed as an original.

Dated: New York, New York
       March 10, 2008

FELLHEIMER AND EICHEN LLP

By: _____
    Alan S. Fellheimer

44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-7142

Attorneys for Plaintiffs

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP

By: _____
    William P. Frank (WF 7504)

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant
Banca MB S.p.A.

So Ordered:

_____
Hon. Robert W. Sweet
United States District Judge

3-13-08

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on March 10, 2008, I caused a true copy of the *Stipulation* to be served upon the following parties by first-class mail:

Mark P. Zimmett
Law Offices of Mark P. Zimmett
126 East 56th Street
4th Floor
New York, NY 10022

Steven F. Molo
Zachary H. Johnson
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Mark G. Hanchet
Jordan Rosenfeld
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James A. Prestiano
Law Offices of James A. Prestiano, P.C.
631 Commack Road, Suite 2A
Commack, NY 11725

Matthew D. Parrott
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Dated: New York, New York
March 10, 2008

Steven R. Katzenstein