UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

AXION POWER INTERNATIONAL, INC., ET AL.,

              Plaintiffs,

  - against -

MERCATUS & PARTNERS, LTD., ET AL.,

              Defendants.

-------------------------------------X

07 Civ. 11493 (RWS)

O R D E R

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 3/14/08*

Sweet, D.J.,

      Defendant Pension Financial Services, Inc.'s Motion to Dismiss, dated March 10, 2008, will be heard at noon on Wednesday, April 9, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
March /7, 2008

                                            ROBERT W. SWEET
                                                U.S.D.J.