| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIS, EXHIBITS | |
| EFFECTED (1) BY ME: | OUT OF STATE | |
| TITLE: | PROCESS SERVER | DATE: 2/29/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

CARI MASI A/K/A CARY MASI

Place where served:

5101 NW HWY 225A OCALA FL 34482

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SYLVIA DEAN

Relationship to defendant: FARM MANAGER

Description of person accepting service:

SEX: F  AGE: 40  HEIGHT: 5'5"-5'8"  WEIGHT: 145  SKIN: W  HAIR: B/K  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ 75    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/29/20 08

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | ALAN S. FELLHEIMER |
|---|---|
| PLAINTIFF: | AXION POWER INTERNATIONAL, INC. |
| DEFENDANT: | MERCATUS & PARTNERS, LTD. |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 11493 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ