UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXION POWER INTERNATIONAL, INC., WILLIAM AND TRACY AHEARN, h/w, SALLY FONNER, and JAMES SMITH, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCATUS & PARTNERS, LTD., MF GLOBAL, INC., MF GLOBAL, UK, Ltd., CARI MASI a/k/a CARY MASI, BNP PARIBAS SECURITIES SERVICES, BANCA MB S.p.A., DWIGHT PARSCALE, STEPHANO CEVALO, CONTINENTAL STOCK TRANSFER AND TRUST COMPANY, PENSON FINANCIAL SERVICES, INC. AND BROWN BROTHERS HARRIMAN & CO.,<br><br>Defendants. | Civil Action No. 07-CV-11493 (RWS)<br><br>STIPULATION AND [PROPOSED] ORDER |



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date by which Plaintiffs must answer or otherwise respond to Defendant Penson Financial Services, Inc.'s Motion to Dismiss the Complaint is extended to and including April 7, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be deemed a waiver of any rights, arguments, or defenses available to the parties or in any way impair such rights, arguments, or defenses, and that no previous requests for extensions of time have been made.

Dated:   March 12, 2008

FELLHEIMER AND EICHEN LLP

_____
Alan S. Fellheimer [AF1401]
44 Wall Street, 12th Floor
New York, NY 10005

Telephone (212) 461-7142

*Attorneys for Plaintiffs*

MAYER BROWN LLP

_____
Mark G. Hanchet
Jordan Rosenfeld
Jennifer Naeger
1675 Broadway
New York, NY 10019

Telephone (212) 506-2500

*Attorneys for Defendant Penson Financial Services, Inc.*

SO ORDERED:

_____
U.S.D.J.
3-13-08