UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AXION POWER INTERNATIONAL, INC., WILLIAM
AND TRACY AHEARN, H/W, SALLY FONNER AND
JAMES SMITH, M.D.,

           Plaintiffs,

   -Against-

MERCATUS & PARTNERS, LTD., MF GLOBAL,
INC., MF GLOBAL, UK, LTD., CARI MASI A/K/A/
CARI MASI, BNP PARIBAS SECURITIES SERVICES,
BANCA MB S.P.A., DWIGHT PARSCALE, STEPHANO
CEVOLO, CONTINENTAL STOCK TRANSFER
ACCOUNT AND TRUST COMPANY, PENSON
FINANCIAL SERVICES, INC., AND BROWN
BROTHERS HARRIMAN & CO.,

           Defendants.
------------------------------------------------------------x

07 CV 11493 (RWS)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for MF Global, Inc and MF Global UK, Ltd. (collectively, the "MFG Defendants") certifies that the MFG Defendants are indirect wholly-owned subsidiaries of MF Global Ltd. ("MF Global"), which is a publicly held company. Man Group, Plc, a publicly held company, owns more than 10% of the common stock of MF Global.

Dated: New York, New York
       March 18, 2008

                      KATTEN MUCHIN ROSENMAN LLP

                      By:_____
                          Matthew D. Parrott
                      575 Madison Avenue
                      New York, NY 10022-2585
                      (212) 940-8842

                      *Attorneys for Defendants*
                      *MF Global, Inc. and MF Global UK, Ltd.*