

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------

AXION POWER INTERNATIONAL, INC., )
WILLIAM and TRACY AHEARN, h/w, )
SALLY FONNER, and JAMES SMITH, M.D. )
)
                 Plaintiffs, )   No.: 07 CV 11493 (RWS)
)
   - against - )   ECF Case
)
MERCATUS & PARTNERS, LTD., MF )   STIPULATION
GLOBAL, INC., MF GLOBAL, UK, Ltd., )
CARI MASI a/k/a CARY MASI, BNP )
PARIBAS SECURITIES SERVICES, BANCA )
MB S.p.A., DWIGHT PARSCALE, )
STEPHANO CEVALO, CONTINENTAL )
STOCK TRANSFER AND TRUST )
COMPANY, PENSON FINANCIAL )
SERVICES, INC., AND BROWN )
BROTHERS HARRIMAN & CO, )
)
                Defendants. )
----------------------------------



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date by which defendant Banca MB S.p.A, must answer, move or otherwise respond to the Complaint dated December 20, 2007, is extended to and including April 7, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be deemed a waiver of any rights, arguments or defenses available to the parties or in any way impair such rights, arguments or defenses; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and a signature transmitted by telecopier or pdf image may be filed as an original.

Dated: New York, New York
March 10, 2008

FELLHEIMER AND EICHEN LLP

By: _____
Alan S. Fellheimer

44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-7142

Attorneys for Plaintiffs

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP

By: _____
William P. Frank (WF 7504)

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant
Banca MB S.p.A.

So Ordered: _____

Hon. Robert W. Sweet
United States District Judge

3-17-08

2