Matthew D. Parrott (MP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
*Attorneys for Defendant MF Global, Inc.
and MF Global, UK, Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
AXION POWER INTERNATIONAL, INC., WILLIAM :     VIA ECF
AND TRACEY AHEARN, h/w, SALLY FONNER and
JAMES SMITH, M.D.,     :     07 CV 11493 (RWS) (AJP)

                          Plaintiffs,     :

                      - against -     :
                                                            **AFFIDAVIT OF SERVICE**

MERCATUS & PARTNERS, LTD., MF GLOBAL, INC,     :
MF GLOBAL, UK, LTD., CARI MASI, a/k/a CARY
MASI, BNP PARIBAS SECURITIES SERVICES,     :
BANCA MB S.P.A., DWIGHT PARSCALE, STEPHANO
CEVALO, CONTINENTAL STOCK TRANSFER AND     :
TRUST COMPANY, PENSON FINANCIAL SERVICES,
INC., and BROWN BROTHERS HARRIMAN & CO.,     :

                          Defendants.     :
-------------------------------------------------------------------x

STATE OF NEW YORK   )
                                  :    ss.:
COUNTY OF NEW YORK  )

STEVEN GREER, being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2.  On the 17th day of March, 2008, I served the **NOTICE OF MOTION; DECLARATION OF MATTHEW D. PARROTT IN SUPPORT OF THE MOTION OF MF GLOBAL, INC. AND MF GLOBAL, UK, LTD. TO DISMISS THE COMPLAINT, WITH EXHIBITS;** and **MEMORANDUM OF LAW OF MF GLOBAL, INC. AND MF GLOBAL, UK, LTD. IN SUPPORT OF MOTION TO DISMISS COMPLAINT** in this action, upon the following at the addresses indicated, by depositing true copies thereof, enclosed in properly addressed prepaid wrappers, marked Federal Express, in an official Federal Express depository:

Carmine D. Boccuzzi, Jr., Esq.  
Cleary Gottlieb  
One Liberty Plaza  
New York, NY 10006  
*Counsel for BNP Securities*

William P. Frank, Esq.  
Donald Lewis, Esq.  
Skadden, Arps, Slate, Meagher & Flom, LLP  
Four Times Square  
New York, NY 10036  
*Counsel for Defendant Banca MB S.p.A.*

_____  
STEVEN GREER

Sworn to before me this  
19th day of March, 2008

_____  
Notary Public

IME A. NELSON  
NOTARY PUBLIC, State of New York  
No. 01NE6105568  
Qualified in Kings County  
Commission Expires February 9, 2012

31021401.01  
NYC01_84283193_1 3/19/2008