

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXION POWER INTERNATIONAL, INC., WILLIAM AND TRACY AHEARN, h/w, SALLY FONNER, and JAMES SMITH, M.D.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MERCATUS & PARTNERS, LTD., MF GLOBAL, INC., MF GLOBAL, UK, Ltd., CARI MASI a/k/a CARY MASI, BNP PARIBAS SECURITIES SERVICES, BANCA MB S.p.A., DWIGHT PARSCALE, STEPHANO CEVALO, CONTINENTAL STOCK TRANSFER AND TRUST COMPANY, PENSON FINANCIAL SERVICES, INC. AND BROWN BROTHERS HARRIMAN & CO.,<br><br>　　　　　　　　Defendants. | Civil Action No. 07-CV-11493 (RWS)<br><br>STIPULATION AND [PROPOSED] ORDER |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date by which Plaintiffs must answer or otherwise respond to Defendant Dwight Parscale's Motion to Dismiss the Complaint is extended to and including April 7, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be deemed a waiver of any rights, arguments, or defenses available to the parties or in any way impair such rights, arguments, or defenses, and that no previous requests for extensions of time have been made.

Dated:    March 16, 2008

| FELLHEIMER AND EICHEN LLP | THE LAW OFFICES OF JAMES A. PRESTIANO, .P.C. |
|---|---|
| *signature* | *signature* |
| Alan S. Fellheimer [AF1401] | James A. Prestiano [JP6699] |
| 44 Wall Street, 12th Floor | 631 Commack Road, Suite 2A |
| New York, NY 10005 | Commack, NY 11725 |
| Telephone (212) 461-7142 | Telephone (631) 499-6000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Dwight Parscale* |

SO ORDERED:

*signature*
U.S.D.J.
3·18·08