## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, H/W,
SALLY FONNER AND JAMES SMITH, M.D.,     :

             Plaintiffs,     :   07 CV 11493

    -against-     :   **STIPULATION**

MERCATUS & PARTNERS, LTD., MF     :
GLOBAL, INC., MF GLOBAL, UK, Ltd., CARI     :
MASI a/k/a/ CARI MASI, BNP PARIBAS     :
SECURITIES SERVICES, BANCA MB S.P.A.,     :
DWIGHT PARSCALE, STEPHANO CEVOLO,     :
CONTINENTAL STOCK TRANSFER     :
ACCOUNT AND TRUST COMPANY, PENSON :
FINANCIAL SERVICES, INC., AND BROWN     :
BROTHERS HARRIMAN & CO.,     :

           Defendants.     :

-------------------------------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|24|08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that the date by which Plaintiffs must answer or otherwise respond to the Motion to

Dismiss filed by Defendants MF Global, Inc and MF Global UK Ltd (the "MFG Defendants") is

extended to and including April 17, 2008; and

IT IS FURTHER STIPULATED AND AGREED, that the date by which the MFG

Defendants must file a reply in further support of the Motion to Dismiss, if any, is extended to

and including May 1, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be

deemed a waiver of any rights, arguments or defenses available to the parties or in any way

impair such rights, arguments or defenses.

Dated: March 18, 2008

Alan Fellheimer (AF-1401)
FELLHEIMER AND EICHEN LLP
1800 John F. Kennedy Blvd. Suite 1400
Philadelphia, PA 19103
(215) 253-6631

*Counsel for Plaintiff*
*Axion Power International, Inc.*

Matthew D. Parrott (MP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Ave.
New York, NY 10022
(212) 940-8842

*Counsel for Defendants MF Global, Inc*
*and MF Global, UK, Ltd.*

So ordered
Street USDJ
3-20-08