## UNICO DEGLI UFFICIALI GIUDIZIARI
### VIALE GIULIO CESARE, 52
### 00192 ROMA-ITALIA



N. 2008



*Al Signor Procuratore della Repubblica*

20100 Milano

:i invia ai sensi dell'art. 4 – Legge 6/2/'81, n.42, un atto

o e che deve essere notificato a:

TP S.P.A.

p 2

Roma

Si chiede che la S.V. Ill.ma, previa autorizzazione di

**Attestation**     CERTIFICATE     *Zustellungszeugnis*     Attestazione

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

1. que la demande a été exécutée[1]        THAT THE DOCUMENT HAS BEEN SERVED[1]
   *dass das Ersuchen erledigt worden ist[1]*        che la domanda è stata eseguita[1]
   - le (date)    THE (DATE)    - *am (Datum)*    - il (data) .................................
   - à (localité, rue, numéro)    - AT (PLACE, STREET, NUMBER)   ..............................
   - *in (Ort, Strasse, Nummer)*    - a (località, via, numero)   ..............................
   - dans une des formes suivantes prévues à l'article 5:    - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
   - *in einer der folgenden Formen nach Artikel 5:*    - in una delle seguenti forme previste dall'articolo 5:

   a) - selon les formes légales (article 5, alinéa premier, lettre a)[1].
      - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1]
      - *in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1].*
      - secondo le forme di legge (art. 5 comma 1 lett. a)[1].

   b) - selon la forme particulière suivante[1]:
      - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]:
      - *in der folgenden besonderen Form[1]:*
      - secondo la forma particolare seguente[1]

   c) - par remise simple[1].
      - *durch einfache Übergabe[1].*
      - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1]
      - mediante semplice consegna[1].

Les documents mentionnés dans la demande ont été remis à: CDP 06 144532 K
THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
*Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
I documenti di cui alla domanda sono stati consegnati a:

- (Identité et qualité de la personne):    (IDENTITY AND DESCRIPTION OF PERSON):
- *(Name und Stellung der Person):*    - (identità e qualità della persona):
- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
- RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):
- *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:*
- rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

2. que la demande n'a pas été exécutée, en raison des faits suivants[1]:
   THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]:
   *dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]:*
   che la domanda non è stata eseguita, per i seguenti motivi[1]:

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1].
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1].
*Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten[1].*
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1].

**Annexes:**    ANNEXES:    *Beilagen:*    Allegati:
**Pièces renvoyées:**    DOCUMENTS RETURNED:
*Zurückgesandte Schriftstücke:*    Atti restituiti:
Le cas échéant, les documents justificatifs de l'exécution:
*Gegebenenfalls Erledigungsstücke:*
IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
Se del caso, gli atti che ne comprovano l'esecuzione:

**Fait à**    DONE AT    *Ausgefertigt in*    Fatto a ....................................    le    THE    *am*    il .............
**Signature et/ou cachet**    SIGNATURE AND/OR STAMP
*Unterschrift und/oder Stempel*    Firma e/o timbro

1) Rayer les mentions inutiles    DELETE IF INAPPROPRIATE    *Unzutreffendes streichen*    Cancellare le annotazioni inutili

# Procura della Repubblica
presso il Tribunale ordinario di Milano
~ Cancelleria Civile ~

Nr. 7176/08 civ.                    Milano, 24 MAR. 2008

Risposta a nota _____ del _____

Oggetto: Banca MP SpA
Milano

Notifica Atto Estero    Guaranteed Subpoena
                        Services
                        2009-2013 Morris Avenue
         (USA)          Union, N.J. 07083

Trasmetto il certificato comprovante l'eseguita notifica dell'atto inviato con la nota che si restituisce.

IL PROCURATORE DELLA REPUBBLICA

IL CANCELLIERE C1

03/24/2008 17:42 FAX  908 687 0573      CONSTABLES OFFICE OF NJ                    ☒008/008

ABis/11

−80
/111



*Pedrozzini*

**RELAZIONE DI NOTIFICA**

A richiesta come in atti, Io sottoscritto Ufficiale Giudiziario addetto alla Corte d'Appello di Milano ho notificato l'avanti steso atto alle persone in esso indicate consegnandone copia alle rispettive residenze:

BANCA MP ape

Via Olona 2

20123 MI

A mani di: *Pedrozzini*
Impiegato d.p.ta incaricato alla ricezione
Padre - madre - allies - sigillare altro atto a con-
tale qualificatosi, capace e temp. con-
vivente, che si incarica della consegna
domiciliatario-destinatario e familiari
conviventi al momento assenti.

Milano,  **1 3 FEB. 2008**

UFFICIALE GIUDIZIARIO