**UFFICIO UNICO DEGLI UFFICIALI GIUDIZIARI**
**VIALE GIULIO CESARE, 52**
**00192 ROMA-ITALIA**

PROT. _553_

Roma, li _21 GEN. 2008_

**PROCURA DELLA REPUBBLICA**   58/08 NEC
**ROMA**

V° l'art. 71 L. 218/95
**SI AUTORIZZA**
la notificazione dell'unito atto
Roma, li _12 FEB. 2008_

Al Signor Procuratore della Repubblica
_____ Roma _____

Si invia ai sensi dell'art. 4 – Legge 6/2/81, n.42, un atto proveniente dall'estero e che deve essere notificato a:

Stephano Guelo
Via _____ Bellarmino 1
00142 Roma

Si chiede che la S.V. Ill.ma, previa autorizzazione di cui all'art. 71 della Legge n. 218/95, lo invii all'Ufficiale Giudiziario competente per territorio.

Con Osservanza



**RELAZIONE DI NOTIFICA**

Io sottoscritto Ufficiale Giudiziario, addetto all'Ufficio Unico presso la Corte di Appello di Roma, ho notificato, il presente atto al Sig. _Stephens Ceveto_
_Vice s. Roberto Bellesentue l. Roma_
domiciliato come in atti, mediante consegna fattane a mani di persona qualificatesi per _Po Caulr Fernando co Elaboratore_
_(in colletto vicerceto revelavone (A)_
capace e convivente, che si incarica della consegna, in sua precaria assenza e delle altre persone abilitate per legge a ricevere l'atto, in busta sigillata completa di numero cronologico.

Roma, lì 29/02/2008

CORTE DI APPELLO DI ROMA
Ufficiale Giudiziario
Alessandro D'Amari