UFFICIO UNICO DEGLI UFFICIALI GIUDIZIARI
VIALE GIULIO CESARE, 52
00192 ROMA-ITALIA

25 GEN 2008

PROT. 55

Roma, li 21 GEN. 2008

PROCURA DELLA REPUBBLICA 57/08NEC
ROMA

V° l'art. 71 L. 218/95
AUTORIZZA
la notificazione dell'unito atto
Roma, li 1 2 FEB.
IL PROC. DELLA REPUBBLICA AGG.
Iberio Poli

Al Signor Procuratore della Repubblica
00185 Roma

Si invia ai sensi dell'art. 4 – Legge 6/2/81, n.42, un atto proveniente dall'estero e che deve essere notificato a:

Marcellus & Partners LTD
V.le di Roberto Bellarmino 4
00142 Roma

Si chiede che la S.V. Ill.ma, previa autorizzazione di cui all'art. 71 della Legge n. 218/95, lo invii all'Ufficiale Giudiziario competente per territorio.

Con Osservanza

**RELAZIONE DI NOTIFICA**

Io sottoscritto Ufficiale Giudiziario, addetto all'ufficio unico presso la Corte di Appello di Roma, ho notificato il presente atto a:

Sig. Mercatus & Partners LTD
Via S. Roberto Bellarmino 4, Rome

domiciliato come in atti, mediante consegna fattane a mani di persona qualificatasi per Ri Combi Fernando collaboratore ivi addetto incaricato ricezione atti

capace e convivente, che si incarica della consegna, in sua precaria assenza e delle altre persone abilitate per legge a nuovo l'atto, in busta sigillata completa di numero cronologico.

Roma, li 28/02/2008

CORTE D'APPELLO DI ROMA
Ufficiale Giudiziario
Alessandro D'Amario