UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

AXION POWER INTERNATIONAL, INC., ET AL.,

        Plaintiffs,

  - against -

MERCATUS & PARTNERS, LTD., ET AL.,

        Defendants.

------------------------------------------X

07 Civ. 11493 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Sweet, D.J.,

    Defendants MF Global, UK, Ltd., and MF Global, Inc.'s Motion to Dismiss, dated March 17, 2008, will be heard at noon on Wednesday, May 7, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

New York, NY
March 24, 2008

                                    ROBERT W. SWEET
                                        U.S.D.J.