**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

AXION POWER INTERNATIONAL, INC.,   :
WILLIAM AND TRACY AHEARN, H/W, SALLY :
FONNER AND JAMES SMITH, M.D.,   :

         Plaintiffs,   :

                         : 07 CV 11493

-against-   :

MERCATUS & PARTNERS, LTD., MF   : **STIPULATION OF DISMISSAL AS**
GLOBAL, INC., MF GLOBAL, UK, Ltd., CARI : **AGAINST DEFENDANTS MF**
MASI a/k/a/ CARI MASI, BNP PARIBAS   : **GLOBAL, INC AND MF GLOBAL,**
SECURITIES SERVICES, BANCA MB S.P.A.,   : **UK, LTD.**
DWIGHT PARSCALE, STEPHANO CEVOLO,   :
CONTINENTAL STOCK TRANSFER ACCOUNT :
AND TRUST COMPANY, PENSON FINANCIAL :
SERVICES, INC., AND BROWN BROTHERS   :
HARRIMAN & CO.,   :

         Defendants.   :

-------------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3|25|08

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the plaintiffs and for defendants MF Global, Inc and MF Global, UK, Ltd. (the

"MFG Defendants"), that this action is dismissed as against the MFG Defendants, pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: March 24, 2008

Alan Fellheimer
FELLHEIMER AND EICHEN LLP
1800 John F. Kennedy Blvd. Suite 1400
Philadelphia, PA 19103
(215) 253-6631
(215) 359-1981 (facsimile)

*Counsel for Plaintiff*
*Axion Power International, Inc.*

Matthew D. Parrott
KATTEN MUCHIN ROSENMAN LLP
575 Madison Ave.
New York, NY 10022
(212) 940-8842
(212) 940-8776 (facsimile)

*Counsel for Defendant*
*MF Global, Inc and MF Global, UK, Ltd.*

So ordered
Sweet USDJ
3.25.08

**So Ordered:**

_____
        **U.S.D.J.**