IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AXION POWER INTERNATIONAL, INC., :
WILLIAM AND TRACY AHEARN, h/w, : 07 CV 11493 (RWS)
SALLY FONNER, and JAMES SMITH, M.D. : STIPULATED
              Plaintiffs, : CONSENT ORDER
:
    against- :
:
MERCATUS & PARTNERS, LTD., :
CARI MASI a/k/a CARY MASI :
BANCA MB S.p.A., :
DWIGHT PARSCALE, :
STEPHANO CEVALO, :
PENSON FINANCIAL SERVICES, INC., AND :
BROWN BROTHERS HARRIMAN & CO., :
              Defendants. :
-----------------------------------------------------------------X

RECEIVED MAR 2 6 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

    AND NOW, this _____27_____ day of March, 2008, it is hereby ORDERED, with the consent of all counsel listed below, that all proceedings in the above referenced action shall be STAYED until May 2, 2008 to allow for a possible settlement of the case. All pending response, reply and argument dates are hereby postponed pending further Order of the Court.

1.    If the parties reach a Settlement on or before May 2, 2008, Plaintiff shall file a Dismissal under Federal Rule Of Civil Procedure 41(a)(2) with prejudice.

2.    If the parties do not reach a settlement on or before May 2, 2008, the parties shall submit to the Court on or before May 6, 2008:

    a.    A revised briefing and argument schedule for the outstanding Motions To Dismiss filed by Defendants Penson Financial Services; Brown Brothers Harriman & Co.; and Parscale;

    b.    A schedule for the filing of responsive pleadings by Defendants Mercatus & Partners, Ltd.; Masi; Cevalo; Banca MB S.p.A.

Whereupon the Court will enter an Order setting the briefing and argument schedule on

the outstanding motions and a schedule for filing of responsive pleadings by Defendants Mercatus & Partners, Ltd.; Masi; Cevalo; Banca MB S.p.A.

APPROVED AND CONSENTED TO (this may be submitted in counterparts):

_____
Alan S. Fellheimer (AF-1401)
FELLHEIMER & EICHEN LLP
44 Wall Street, 12th Floor
New York, NY 10005
*Counsel For All Plaintiffs*

_____
Mark G. Hanchet
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
*Counsel for the Defendant
Penson Financial Services, Inc.*

_____
Steven F. Molo
SHEARMAN & STERLING, LLP
599 Lexington Avenue
New York, NY 10022-6069
*Counsel For Defendant Brown Brothers
Harriman & Company*

_____
Richard Horowitz
Heller Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017
*Counsel For Defendants Mercatus
& Partners; Cari Masi and Stephano
Cevalo*

_____
William P. Frank (WF 7504)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036
*Counsel for Defendant Banca MB, S.p.A.*

_____
James A. Prestiano, P.C. (JP-6699)
THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.
631 Commack Road, Suite 2A
Commack, NY 11725
*Counsel for Defendant Dwight Parscale*

So Ordered:
_____
U.S.D.J.
3.27.08

the outstanding motions and a schedule for filing of responsive pleadings by Defendants Mercatus & Partners, Ltd.; Masi; Cevalo; Banca MB S.p.A.

APPROVED AND CONSENTED TO (this may be submitted in counterparts):

Alan S. Fellheimer (AF-1401)
FELLHEIMER & EICHEN LLP
44 Wall Street, 12th Floor
New York, NY 10005
*Counsel For All Plaintiffs*

Mark G. Hanchet
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
*Counsel for the Defendant Penson Financial Services, Inc.*

Steven F. Molo
SHEARMAN & STERLING, LLP
599 Lexington Avenue
New York, NY 10022-6069
*Counsel For Defendant Brown Brothers Harriman & Company*

Richard Horowitz
Heller Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017
*Counsel For Defendants Mercatus & Partners; Carl Masi and Stephano Cevalo*

James A. Prestiano, P.C. (JP-6699)
THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.
631 Commack Road, Suite 2A
Commack, NY 11725
*Counsel for Defendant Dwight Parscale*

William P. Frank (WF 7504)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036
*Counsel for Defendant Banca MB, S.p.A.*

So Ordered:

_____
U.S.D.J.

the outstanding motions and a schedule for filing of responsive pleadings by Defendants Mercatus & Partners, Ltd.; Masi; Cevalo; Banca MB S.p.A.

APPROVED AND CONSENTED TO (this may be submitted in counterparts):

_____
Alan S. Felheimer (AF-1401)
FELLHEIMER & EICHEN LLP
44 Wall Street, 12th Floor
New York, NY 10005
*Counsel For All Plaintiffs*

_____
Mark G. Hanchet
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
*Counsel for the Defendant
Penson Financial Services, Inc.*

_____
Steven F. Molo
SHEARMAN & STERLING, LLP
599 Lexington Avenue
New York, NY 10022-6069
*Counsel For Defendant Brown Brothers
Harriman & Company*

_____
Richard Horowitz
Heller Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017
*Counsel For Defendants Mercatus
& Partners; Cari Masi and Stephano
Cevalo* (*)

_____
William P. Frank (WF 7504)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036
*Counsel for Defendant Banca MB, S.p.A.*

_____
James A. Prestiano, P.C. (JP-6699)
THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.
631 Commack Road, Suite 2A
Commack, NY 11725
*Counsel for Defendant Dwight Parscale*

**So Ordered:**

_____
U.S.D.J.

(*) The process of retaining us has not been completed. We are, however, advised that this Order is acceptable to our prospective clients. When our retention is complete, we will file an Appearance.

the outstanding motions and a schedule for filing of responsive pleadings by Defendants Mercatus & Partners, Ltd.; Masi; Cevalo; Banca MB S.p.A.

APPROVED AND CONSENTED TO (this may be submitted in counterparts):

Alan S. Fellheimer (AF-1401)
FELLHEIMER & EICHEN LLP
44 Wall Street, 12th Floor
New York, NY 10005
*Counsel For All Plaintiffs*

Mark G. Hanchet
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
*Counsel for the Defendant Penson Financial Services, Inc.*

Zachary H. Johnson
SHEARMAN & STERLING, LLP
599 Lexington Avenue
New York, NY 10022-6069
*Counsel For Defendant Brown Brothers Harriman & Company*

Richard Herowitz
Heller Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017
*Counsel For Defendants Mercatus & Partners; Cari Masi and Stephano Cevalo*

William P. Frank (WF-7504)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036
*Counsel for Defendant Banca MB, S.p.A.*

James A. Prestiano, P.C. (JP-6699)
THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.
631 Commack Road, Suite 2A
Commack, NY 11725
*Counsel for Defendant Dwight Parscale*

So Ordered:

_____
U.S.D.J.

the outstanding motions and a schedule for filing of responsive pleadings by Defendants Mercatus & Partners, Ltd.; Masi; Cevalo; Banca MB S.p.A.

APPROVED AND CONSENTED TO (this may be submitted in counterparts):

_____
Alan S. Fellheimer (AF-1401)
FELLHEIMER & EICHEN LLP
44 Wall Street, 12th Floor
New York, NY 10005
*Counsel For All Plaintiffs*

_____
Mark G. Hanchet
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
*Counsel for the Defendant
Penson Financial Services, Inc.*

_____
Steven F. Molo
SHEARMAN & STERLING, LLP
599 Lexington Avenue
New York, NY 10022-6069
*Counsel For Defendant Brown Brothers
Harriman & Company*

_____
Richard Horowitz
Heller Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017
*Counsel For Defendants Mercatus
& Partners; Cari Masi and Stephano
Cevalo*

_____
William P. Frank (WF 7504)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036
*Counsel for Defendant Banca MB, S.p.A.*

_____
James A. Prestiano, P.C. (JP-6699)
THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.
631 Commack Road, Suite 2A
Commack, NY 11725
*Counsel for Defendant Dwight Parscale*

So Ordered:

_____
U.S.D.J.