IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,           :    07 CV 11493 (RWS)
SALLY FONNER, and JAMES SMITH, M.D.      :    STIPULATION OF
             Plaintiffs,                  :    DISMISSAL AS AGAINST
                                         :    DEFENDANT
      against-                          :    PENSON FINANCIAL SERVICES,
                                         :    INC.
MERCATUS & PARTNERS, LTD.,
MF GLOBAL, INC., MF GLOBAL, UK. Ltd.,
CARI MASI a/k/a CARY MASI
BNP PARIBAS SECURITIES SERVICES,
BANCA MB S.p.A.,
DWIGHT PARSCALE,
STEPHANO CEVALO,
CONTINENTAL STOCK TRANSFER AND TRUST
COMPANY,
PENSON FINANCIAL SERVICES, INC., AND
BROWN BROTHERS HARRIMAN & CO.,
             Defendants.
------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

     Pursuant to Rule 41(a)(A)(ii) of the Federal Rule Of Civil Procedure, the undersigned hereby agree that this action is dismissed as against Defendant Penson Financial Services, Inc.

Dated: March 24, 2008

_____                    _____
Alan S. Fellheimer (AF-1401)                 Mark G. Hanchet
FELLHEIMER & EICHEN LLP                      MAYER BROWN LLP
44 Wall Street, 12th Floor                   1675 Broadway
New York, NY 10005                           New York, NY 10019
*Counsel For All Plaintiffs*                 *Counsel for the Defendant*
                                             *Penson Financial Services, Inc.*

So Ordered:

_____
U.S.D.J.

4-1-08