SWEET, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

| | |
|---|---|
| AXION POWER INTERNATIONAL, INC., WILLIAM AND TRACY AHEARN, h/w, SALLY FONNER, and JAMES SMITH, M.D.<br>  Plaintiffs<br><br>-against-<br><br>MERCATUS & PARTNERS, LTD., MF GLOBAL, INC., MF GLOBAL, UK, Ltd., CARI MASI a/k/a CARY MASI BNP PARIBAS SECURITIES SERVICES, BANCA MB S.p.A., DWIGHT PARSCALE, STEPHANO CEVALO, CONTINENTAL STOCK TRANSFER AND TRUST COMPANY, PENSON FINANCIAL SERVICES, INC., AND BROWN BROTHERS HARRIMAN & CO.,<br><br>  Defendants. | CIVIL ACTION NUMBER<br><br><br><br>07 CV 11493 (RWS)<br><br><br><br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE Fed.R.C.P. 41(a)(1)(A)(i) |

--------------------------------------------------------------X

PLEASE TAKE NOTICE:

Plaintiffs, Axion Power International, Inc., William and Tracy Ahearn, h/w, Sally Fonner, and James Smith, M.D., dismiss, without prejudice, the action as to Defendant, Brown Brothers Harriman & Co., pursuant to Fed.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted,

*[signature]*

Fellheimer & Eichen LLP
Alan S. Fellheimer
Jolie G. Kahn
44 Wall Street
12th Floor
New York, NY 10005
212.461.7142
Facsimile 212.461.2223
*Attorneys for Plaintiffs*

Dated: May 2, 2008

RECEIVED MAY 0 5 2008 JUDGE SWEET CHAMBERS

SO ORDERED:
*[signature]* Sweet
U.S.D.J.
6·08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08