UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Axion Power International, Inc., William and Tracy Ahearn, h/w

Sally Fonner, and James Smith, M.D.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 11493 (RS) (AJP)

- against -

NOTICE OF MOTION

Mercatus & Partners, Ltd., Cari Masi, a/k/a Cary Masi,

Stephano Cevolo, Banca MB S.p.A., and Dwight Parscale

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Alan S. Fellheimer, *(name)* affirmed on May 6, 2008, and upon the exhibits attached thereto *(delete if no exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before

*(circle one)*

Robert W. Sweet, United States District/Magistrate Judge, for an order

*(Judge's name)*  *(circle one)*

pursuant to Rule 15(a) of the Federal Rules of Civil Procedure granting *(state what you want the Judge to order)*: Leave to file an amended complaint as in the attached proposed amended complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, PA
*(city)* *(state)*
May 6, 2008
*(month) (day) (year)*

Signature: Alan Fellheimer
Address: Alan Fellheimer
44 Wall Street, 12th Floor, New York, NY 10005
Telephone Number (212) 461-7142
Fax Number *(if you have one)* (212) 461-2223

Rev. 05/2007