```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

AXION POWER INTERNATIONAL, INC., et al.,

               Plaintiffs,

  - against -

MERCATUS & PARTNERS, LTD., et al.,

               Defendants.

------------------------------------X

07 Civ. 11493 (RWS)

O R D E R

**Sweet, D.J.,**

      Plaintiffs' Motion to File an Amended Complaint, dated May 8, 2008, will be heard on submission, without oral argument, on Wednesday, June 4, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
May 8, 2008

                                          ROBERT W. SWEET
                                          U.S.D.J.