(180912.1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w, SALLY
FONNER, and JAMES SMITH, M.D.,

                   Plaintiff,

-against-

MERCATUS & PARTNERS, LTD., CARI MASI
a/k/a CARY MASI, BANCA MB S.p.A., DWIGHT
PARSCALE, STEPHANO CEVOLO,

                 Defendants,

------------------------------------X

Civ. Action No. 07 CV 11493

*NOTICE OF APPEARANCE*

       **PLEASE TAKE NOTICE** that Heller, Horowitz & Feit, P.C., hereby appears in this action as attorneys for Defendants Mercatus & Partners, Ltd., Cari Masi a/k/a Cary Masi, Stephano Cevolo and requests that copies of all papers in this action be served upon the undersigned at the office address stated below. This appearance is made without prejudice to, or waiver of, Defendants' right to object to the jurisdiction of the Court.

Dated:  New York, New York
          June 13, 2008

                                        HELLER HOROWITZ & FEIT, P.C.

                                        By:_____
                                            Richard F. Horowitz (RH-6451)
                                            Evan R. Shusterman (ES-5211)
                                        292 Madison Avenue, 20th Floor
                                        New York, New York 10017
                                        (212) 685-7600

                                      *Attorneys for Defendants Mercatus & Partners, Ltd., Cari Masi a/k/a Cary Masi, and Stephano Cevolo*

TO: **FELLHEIMER & EICHEN LLP**
Alan S. Fellheimer (AF-1401)
44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-2223
*Attorneys for Plaintiffs*

**THE LAW OFFICES OF JAMES A. PRESTIANO, P.C.**
James A. Prestiano
631 Commack Road, Suite 2a
Commack, NY 11725
(631) 499-6000