

**FELLHEIMER AND EICHEN** LLP
ATTORNEYS AT LAW

alan@fellheimer.net


RECEIVED MAY 0 8 2008 JUDGE SWEET CHAMBERS

May 6, 2008

**By Federal Express**
Honorable Robert W. Sweet
United States District Judge
United States District Court for
the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

Re:   Axion Power International, Inc. v. Mercatus & Partners, Ltd.
      Civil Action Number:  07 CV 11493

Dear Judge Sweet:

Enclosed please find a courtesy copy of the Plaintiff's Motion For Leave To File an Amended Complaint, filed today by ECF together with the Notice of Motion, Memorandum in Support of the Motion, a proposed Amended Complaint with Exhibits, a proposed form of Order and a Certificate Of Service.

Respectfully,

Alan S. Fellheimer
AF-1401
ASF:mys
Enclosure
cc:   Axion Power International, Inc.
      William P. Frank, Esquire
      James A. Prestiano, Esquire
      Dr. Stephen Cevalo
      Cari Masi
      Mercatus & Partners, Ltd.


Motion granted
So ordered
Sweet USDJ
6-12-08

1800 JOHN F. KENNEDY BLVD, STE 1400
PHILADELPHIA . PENNSYLVANIA 19103
P: 215.253.6630 . F: 215.751.1744

www.fellheimer.net
FIVE GREENTREE CENTER, STE 104
525 LINCOLN DRIVE, RT 73 SOUTH
MARLTON . NEW JERSEY 08053
P: 856.817.6215 . F: 856.817.6017

44 WALL STREET, 12TH l
NEW YORK . NEW YORK
P: 212.461.7142 . F: 212.46