UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLY ONNER, and JAMES SMITH, M.D.,

                Plaintiffs,

-against-

MERCATUS & PARTNERS, LTD.,
CARI MASI a/k/a CARY MASI,
STEPHANO CEVALO,
AND DWIGHT PARSCALE,

                Defendants.

07 CV 11493
(RWS) (AJP)

STIPULATION AND ORDER
EXTENDING TIME
TO ANSWER FOR
**DWIGHT PARSCALE**

---

      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the respective parties that Dwight Parscale's time to file an answer or to otherwise respond to the Amended Complaint is extended until July 31, 2008.

Dated: Commack, New York
        July 7, 2008

FELLHEIMER & EICHEN, LLP.

By: _____
Alan S. Fellheimer, Esq. (AF-1401)
*Attorneys for Plaintiffs*
44 Wall Street, 12th Floor
New York, New York 10005
Tel. No. (212) 461-7142
Fax No. (212) 461-2223

THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.

By: _____
James A. Prestiano, Esq. (JP-6699)
*Attorneys for Dwight Parscale*
631 Commack Road, Suite 2A
Commack, New York 11725
Tel. No. (631) 499-6000
Fax. No. (631) 499-6001

SO ORDERED.

_____ 7/15/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
Part I