UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AXION POWER INTERNATIONAL, INC., )
WILLIAM and TRACY AHEARN, h/w, )
SALLY FONNER, and JAMES SMITH, M.D., )
                                       )

                Plaintiffs, )

                                        )

        - against - )

                                          )

MERCATUS & PARTNERS, LTD., CARI )
MASI a/k/a CARY MASI, STEPHEN )
CEVOLO, BANCA MB S.p.A., AND )
DWIGHT PARSCALE, )
                                       )

                Defendants. )

                                        )

                                        )

                                        )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

No.: 07 CV 11493 (RWS)

ECF Case

<u>STIPULATION</u>



        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that the date by which defendant Banca MB S.p.A. ("Banca MB") must answer,

move or otherwise respond to the Amended Complaint dated May 6, 2008, is extended to

and includes July 31, 2008;[1] and

        IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not be

deemed a waiver of any rights, arguments or defenses available to the parties or in any

way impair such rights, arguments or defenses; and

---

[1]    This is Banca MB's first agreed-upon extension request with respect to the Amended
Complaint.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and a signature transmitted by telecopier or .pdf image may be filed as an original.

Dated: New York, New York
      July 7, 2008

FELLHEIMER AND EICHEN LLP

By: _____
      Alan S. Fellheimer

44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-7142
Alan@Fellheimer.net

Attorneys for Plaintiffs

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM, LLP

By: _____
      William P. Frank

Four Times Square
New York, New York 10036
(212) 735-3000
William.Frank @Skadden.com

Attorneys for Defendant
Banca MB S.p.A.

So Ordered:

_____ 7/15/08
Hon. Robert W. Sweet
United States District Judge
**LAURA TAYLOR SWAIN U.S.D.J.**
Part I

2