IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| AXION POWER INTERNATIONAL, INC., WILLIAM AND TRACY AHEARN, h/w, SALLY FONNER, and JAMES SMITH, M.D.<br>　　　　　　Plaintiffs<br><br>-against-<br><br>MERCATUS & PARTNERS, LTD., BANCA MB S.p.A., DWIGHT PARSCALE, STEPHANO CEVALO,<br>　　　　　　Defendants. | CIVIL ACTION NUMBER<br><br>07 CV 11493<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE Fed.R.C.P. 41(a)(1)(A)(i) |

----------------------------------------------------------------X

**PLEASE TAKE NOTICE:**

　　Plaintiffs, Axion Power International, Inc., William and Tracy Ahearn, h/w, Sally Fonner, and James Smith, M.D., dismiss, without prejudice, the action as to Defendant, Cari Masi a/k/a Cary Masi., pursuant to Fed.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted,

*[signature]*
_____
Fellheimer & Eichen LLP
Alan S. Fellheimer
AF-1401
44 Wall Street
12th Floor
New York, NY 10005
212.461.7142
Facsimile  212.461.2223
*Attorneys for Plaintiffs*

　　Dated:  July 16, 2008