Sweet / J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AXION POWER INTERNATIONAL, INC.,        :
WILLIAM AND TRACY AHEARN, h/w,          :
SALLY FONNER, and                       :    CIVIL ACTION
JAMES SMITH, M.D.                       :    NUMBER
           Plaintiffs                  :
                                        :    07 CV 11493 (RWS)
    -against-                         :
                                        :    NOTICE OF
MERCATUS & PARTNERS, LTD.,              :    DISMISSAL
BANCA MB S.p.A.,                        :    WITHOUT
DWIGHT PARSCALE,                        :    PREJUDICE
STEPHANO CEVALO,                        :    Fed .R.C.P.
           Defendants.                 :    41(a)(1)(A)(i)
------------------------------------------------------------X

PLEASE TAKE NOTICE:

    Plaintiffs, Axion Power International, Inc., William and Tracy Ahearn, h/w, Sally Fonner, and James Smith, M.D., dismiss, without prejudice, the action as to Defendant, Cari Masi a/k/a Cary Masi., pursuant to Fed.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted,

Fellheimer & Eichen LLP
Alan S. Fellheimer
AF-1401
44 Wall Street
12th Floor
New York, NY 10005
212.461.7142
Facsimile 212.461.2223
*Attorneys for Plaintiffs*

Dated: July 16, 2008


RECEIVED JUL 16 2008 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08