UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AXION POWER INTERNATIONAL, INC.,    :
WILLIAM AND TRACY AHEARN, h/w,              Civil Action No. 07 CV 11493 (RWS)
SALLY FONNER, and JAMES SMITH, M.D.,:

                    Plaintiffs,            :

        - against -                        :

MERCATUS & PARTNERS, LTD., CARI    :
MASI a/k/a CARY MASI, STEPHEN
CEVOLO, BANCA MB S.p.A., and DWIGHT :
PARSCALE,

                    Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

        Defendant Banca MB S.p.A. states that it does not have a parent corporation and that

and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
        July 31, 2008

                                    /s/ William P. Frank
                                    William P. Frank (William.Frank@skadden.com)
                                    Donald D. Lewis (Donald.Lewis@skadden.com)
                                    SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                    Four Times Square
                                    New York, NY  10036
                                    (212) 735-3000

                                    Attorneys for Defendant Banca MB S.p.A.