

RECEIVED AUG 0 7 2008 JUDG... CHA...

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

AXION POWER INTERNATIONAL, INC.,
WILLIAM AND TRACY AHEARN, h/w,
SALLYONNER, and JAMES SMITH, M.D.,

              Plaintiffs,

-against-

MERCATUS & PARTNERS, LTD.,
CARI MASI a/k/a CARY MASI,
STEPHANO CEVALO,
AND DWIGHT PARSCALE,

              Defendants.

07 CV 11493
(RWS) (AJP)

STIPULATION
EXTENDING TIME
TO ANSWER FOR
<u>DWIGHT PARSCALE</u>

---

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties that Dwight Parscale's time to file an answer, move or to otherwise respond to the Amended Complaint, dated May 6, 2008, is extended until August 31, 2008; and

IT IS FURHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and a signature transmitted by telecopier or pdf image may be filed as an original.

Dated: Commack, New York
       July 18, 2008

FELLHEIMER & EICHEN, LLP.

By: _____
Alan S. Fellheimer, Esq. (AF-1401)
*Attorneys for Plaintiffs*
44 Wall Street, 12th Floor
New York, New York 10005
Tel. No. (212) 461-7142

THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.

By: _____
James A. Prestiano, Esq. (JP-6699)
*Attorneys for Dwight Parscale*
631 Commack Road, Suite 2A
Commack, New York 11725
Tel. No. (631) 499-6000

So Ordered:

/s/ Paul A. Crotty
Hon. ~~Robert W. Sweet~~ Paul A. Crotty — Part I
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/08